### In the INTEREST OF: H.J.C., Minor Child.

### W.M.J., Appellant,

### v.

### K.A.L. a/k/a K.A.A., Respondent.

### No. 71467.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 26, 1997.

Connie S. Hood, Clayton, for Appellant.

Rita M. Montgomery, St. Louis, for Respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

## ORDER

PER CURIAM.

W.M.J., appeals from the judgment of the trial court which terminated her parental rights and granted a decree of adoption whereby H.J.C. became the lawful child of K.A.L. The judgment is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. A written opinion would have no precedential value.

The judgment of the trial court is affirmed pursuant to 84.16(b).